UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOHN DOE,

                                        Plaintiff,                    ORDER

          -vs-                                                        26-CV-6103

UNIVERSITY OF ROCHESTER,

                                        Defendant.

---

Third-party, Jane Roe, has filed motions requesting leave to intervene in this action, and asking the Court to order that Plaintiff's complaint be sealed or redacted. Roe also asks that the complaint, her motion papers, and the parties' respective responses to her motion papers be temporarily sealed pending resolution of her motion to intervene and her motion to seal or redact the complaint. In support of her motion to temporarily seal the papers, Roe maintains that the complaint includes information that could lead to her identification as the complainant in the Title IX proceedings at issue, which would cause irreparable harm.

Plaintiff opposes the temporary sealing of the complaint and other filings on practical and legal grounds. He argues that, as a practical matter, the complaint and other docketed submissions will remain available on non-governmental websites even if the matter is temporarily sealed, and that there is little reason to believe Roe's identity will be uncovered in the time it takes to have her motions decided. As a legal matter, Plaintiff argues that temporary sealing should be denied because Roe offers no valid legal basis for complete sealing.

The Court recognizes the common law right of public access to judicial

1

documents, and the qualified First Amendment right of the press and the public to access certain judicial documents. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006). Additionally, the Court agrees with the parties that each of the documents that Roe proposes to be temporarily sealed is a "judicial document," to which a strong presumption of public access attaches based on its direct effect on the adjudication of this case. *Id.* at 119. However, having balanced the public right to access against the competing considerations of Roe's privacy interests in the short term, and the public interest in protecting the privacy of participants in Title IX proceedings, the Court finds that Roe's and the public's interest in a temporary seal outweigh the interest of public access at this stage. *See, e.g.,* 34 C.F.R. § 106.45(b)(5) (requiring institutions subject to Title IX to establish grievance procedures that "take reasonable steps to protect the privacy of the parties and witnesses during the pendency of . . . [the] procedures."). Further, the Court finds that Roe's proposal that the duration of this order last only until her motion to intervene and her motion to seal or redact the complaint can be resolved is narrowly tailored to serve these interests. *Id.* at 120.

Accordingly, Roe's motion to temporarily seal the complaint and her papers is GRANTED. *See, e.g., Doe v. Syracuse Univ.,* 457 F. Supp. 3d 178, 203 (N.D.N.Y. 2020), *on reconsideration in part,* No. 517CV787TJMATB, 2020 WL 3453500 (N.D.N.Y. June 24, 2020) (noting that after receiving a letter requesting a conference on sealing an exhibit, "the Court directed that the exhibit be temporarily sealed and ordered the parties to submit letter briefs").

2

As has already been communicated to the parties via email, Plaintiff and Defendant may file opposition papers to Roe's motion to intervene and motion to seal or redact the complaint on or before April 17, 2026. These submissions shall also be filed under seal either via mail or the Court's secure online portal at https://www.nywd.uscourts.gov/submit-sealed-filing. No sealed, or sought-to-be sealed, documents shall be filed on ECF or emailed to Chambers. Filings on ECF must be limited to documents that are not sealed and such documents must contain appropriate redactions.

Further, the Clerk of Court is directed to temporarily seal the complaint, and Chambers will forward the following documents to the Clerk for filing on the public docket under seal pending resolution of Roe's other motions:

- Jane Roe's Notice of Motion, along with the exhibits "Memorandum in Support of Motion to Intervene, Motion to Seal," "Declaration of J. Morgan Levy, Esq.," "Declaration of Jane Roe," "Proposed Order," "Exh. A," "Exh. B," "Exh. C," and "Exh. D";

- Plaintiff's opposition to Jane Roe's motion to temporarily seal the complaint and her papers; and

- Jane Roe's reply to Plaintiff's opposition.

SO ORDERED.

Dated:    April 2, 2026
          Rochester, New York

HON. MEREDITH A. VACCA
United States District Judge