**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NEW YORK**

**JOHN DOE**,
Plaintiff,

     v.

**UNIVERSITY OF ROCHESTER**,
Defendant.

**Civil Action No.  6:26-cv-06103**

**Hon. Meredith A. Vacca**

**[PROPOSED] ORDER**

**UPON CONSIDERATION** of Jane Roe's Motion to Dismiss, John Doe's opposition thereto,

any reply in support thereof, any oral argument thereon, and for good cause shown, it is, this

_____ day of _____, 2026, hereby:

**ORDERED** that the Motion is **DENIED**.

 

_____
Hon. Meredith A. Vacca
United States District Judge